1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Ms. Gamez-Hernandez

8                       UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       ) Case No. 08mj2295
   |                                 )
12 |         Plaintiff,              )
   |                                 )
13 | v.                              )
   |                                 ) **NOTICE OF APPEARANCE**
14 | **RUTH IMELDA GAMEZ-HERNANDEZ,**)
   |                                 )
15 |         Defendant.               )
   |_____)

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                              Respectfully submitted,

Dated: July 30, 2008                          s/ *Michelle Betancourt*
                                              **MICHELLE BETANCOURT**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant
                                              michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Gamez-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2295 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | PROOF OF SERVICE |
|  | ) |  |
| **RUTH IMELDA GAMEZ-HERNANDEZ**, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov,

Dated: July 30, 2008

                                        *s/ Michelle Betancourt*
                                        MICHELLE BETANCOURT
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467 (tel)
                                        (619) 687-2666 (fax)
                                        e-mail: michelle_betancourt@fd.org