

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>      v.  )<br>RUTH IMELDA GAMEZ-HERNANDEZ,  )<br>            Defendant.  )<br>_____ ) | Criminal Case No. 08CR 2883-JLS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about July 25, 2008, within the Southern District of California, defendant RUTH IMELDA GAMEZ-HERNANDEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 24.18 kilograms (53.19 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/28/2008.

KAREN P. HEWITT
United States Attorney

FV/ SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:San Diego
8/7/08